IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re:   Charles Olanipekun | § | Case No. 17-35678-H1-13 |
| | § | |
| Debtor | § | |

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS

**Charles Olanipekun,** Debtor, files this Response to the Chapter 13 Trustee's Motion to Dismiss:

1. Debtor desires to continue with the chapter 13 plan.

2. Debtor has represented to counsel that he will make a chapter 13 trustee payment.

3. Debtor requests a hearing on the Motion to Dismiss.

WHEREFORE, Debtor requests that this court conduct a hearing, not dismiss the chapter 13 case, and for such other and further relief to which Debtor may be justly entitled.

Dated: September 25, 2018

Respectfully submitted,

*/s/ Sonya Kapp*
Sonya Kapp
TX Bar No. 11095395
Reese W. Baker
TX Bar No. 01587700
950 Echo Lane, Suite 200
Houston, Texas 77024
(713) 869-9200
(713) 869-9100 Fax
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

A copy of the foregoing Debtor's Response to the Motion to Dismiss was delivered on or about September 25, 2018 to all parties listed below in the manner listed below:

| | |
|---|---|
| David G. Peake<br>9660 Hillcroft, Suite 430<br>Houston, TX 77096 | CMF/ECF ELECTRONIC DELIVERY |

*/s/ Sonya Kapp*
Sonya Kapp

## VERIFICATION OF TRANSMITTAL TO U.S. TRUSTEE

The undersigned attorney, under penalty of perjury, hereby certifies that a copy of Debtor's Response to the Motion to Dismiss was delivered to the United States Trustee, 515 Rusk, Suite 3516, Houston, Texas 77002, on or about September 25, 2018, by CM/ECF electronic delivery.

*/s/ Sonya Kapp*
Sonya Kapp